**Gary WASHINGTON, Plaintiff/Appellant,**

v.

**STATE of Missouri,
Defendant/Respondent.**

**No. 65385.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Aug. 23, 1994.

Elizabeth R. Haines, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, C.J., and CRIST and CARL R. GAERTNER, JJ.

PER CURIAM.

Defendant, Gary T. Washington, appeals from the denial of his Rule 24.035 motion without an evidentiary hearing.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).